IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

AHMAD PHILLIPS,

        Petitioner,                      No. CIV S-08-0654 MCE GGH P

    vs.

D.K. SISTO, Warden, et al.,

        Respondents.             ORDER

_____/

        Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner challenges the 2006 decision by the California Board of Parole Hearings (BPH) finding him unsuitable for parole. In an Order, filed on April 23, 2008, this court directed respondent to file a response within thirty days. On May 22, 2008, respondent requested a stay of this matter. On May 16, 2008, the Ninth Circuit granted rehearing en banc in Hayward v. Marshall, 512 F.3d 536 (9th Cir. 2008). Petitioner will be given an opportunity to show cause why this case should not be stayed pending the rehearing in *Hayward*, supra, and respondent will be granted an extension of time for filing any response to the petition until this issue is resolved.

        The court also directed petitioner either to submit an in forma pauperis affidavit or pay the $ 5.00 filing fee in the Order, filed April 23, 2008. On May 22, 2008, plaintiff paid the

1

1 | filing fee.

2 |         Accordingly, IT IS HEREBY ORDERED that:

        1. Within twenty days of the date of this order, petitioner shall show cause why this action should not be administratively stayed pending the Ninth Circuit's decision in <u>Hayward v. Marshall</u>, 512 F.3d 536 (9th Cir. 2008), *reh'g en banc granted,* __ F.3d __, No. 06-55392 (9th Cir. filed May 16, 2008);

        2. Respondent is granted an extension of time to file a response, pursuant to the Order filed on April 23, 2008, until the question of a stay in this matter is resolved;

        3. Petitioner has paid the filing fee and discharged the April 23, 2008, Order with regard to his filing fee obligation.

DATED:  05/30/08

                                            /s/ Gregory G. Hollows

                                            _____
                                            UNITED STATES MAGISTRATE JUDGE

GGH:009
phil0654.osc+